BARNARD and Others *v.* PECK.

APPEAL from the *Putnam* Circuit Court.

*Per Curiam.*—Suit on note, and to reform and foreclose a mortgage.

The only questions presented by the brief of the appellants are, that the Court erred in overruling a demurrer to the complaint, and in refusing to dismiss for want of jurisdiction.

As to the first point, the note and mortgage were filed with the complaint and sufficiently referred to therein. *Ellis* v. *Miller,* 9 Ind. 210.

As to the second, it is settled in *Toner* v. *Mitchell,* 13 Ind. 530.

The judgment is affirmed, with 5 per cent. damages and costs.

*J. P. Usher,* for the appellants.

*Williamson* and *Daggy,* for the appellee.

*Tuesday, May 28.*

———•—•—•———

HASKETT *v.* SMALL.

APPEAL from the *Hancock* Common Pleas.

*Per Curiam.*—The only questions in this case arise upon the rulings on instructions.

Those given, although erroneous as to the appellant, upon a state of facts which might be supposed, yet as they were more favorable to him than he could have asked upon another state of facts which might have existed, we can not disturb the judgment, the evidence not being in the record.

The instruction asked by the appellant was properly refused, on the ground that it left the jury to measure the damages from their opinion of the value of an article, without reference to the proof on that point.

The judgment is affirmed, with costs.

*D. S. Gooding,* for the appellant.